# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRAIG CANTER,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 3, and AT&T SERVICES, INC. as Plan Administrator,<br><br>      Defendants. | No. 1:18-cv-07375<br>Honorable Jorge L. Alonso |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants AT&T Umbrella Benefit Plan No. 3 and AT&T Services, Inc. ("Defendants"), by and through their counsel, and pursuant to Federal Rule of Civil Procedure 56, hereby move for summary judgment in their favor on all claims asserted in Plaintiff Craig Canter's Complaint and AT&T Services, Inc. also moves for summary judgment in its favor on its Counterclaim.

    For the reasons set forth in Defendants accompanying Memorandum of Law, its Local Rule 56.1(a) Statement of Uncontested Material facts, and in light of the evidence in the Appendix of Exhibits filed contemporaneously herewith, Defendants respectfully request that the Court grant their motion for summary judgment, dismissing Plaintiff's Complaint in its entirety, with prejudice, and entering judgment in AT&T Services, Inc.'s favor on its unjust enrichment counterclaim.

                                         Respectfully submitted,

                                         */s/ Sarah Bryan Fask*
                                         Sarah Bryan Fask

Sarah Bryan Fask, Esq.
Admitted *pro hac vice*
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000
sfask@littler.com

Kyle J. Mueller, Esq.
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.795.3229

Dated: August 14, 2020

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 14, 2020 she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all Filing Users.

                                                  */s/ Sarah Bryan Fask*
                                                  One of the Attorneys for Defendants